610

472 A.2d 253

Delgaudio v. Delgaudio, Appellant.

Argued November 23, 1983.
David Bruce Hanes, for appellant; George F. Schoener, Jr., for appellee.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Order affirmed.

472 A.2d 253

Fierstein, Appellant, v. Camelot.
Petition for Allowance of Appeal
Denied June 22, 1984.

Argued December 15, 1983. William J. Wheeler, Jr., for appellant; Michael J. Stack, Jr., for appellees.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Reversed and remanded.

Jurisdiction is not retained.